**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:  
ANN MARIE MCMASTER  
1210 SOUTHERLUND RD  
GARNER, NC  27529

CASE NO:  09-05867-8-JRL  
CHAPTER 13

### TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

      The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan and moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

The Plan is not feasible in that the Secured and/or Priority creditors are not paid in full.

The Debtor has not provided a copy of the Domestic Support Obligation Order.

The Debtor has failed to amend schedule(s) C & D.

      **The Debtor is hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty (20) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED:  November 13, 2009

      /s/*John F. Logan*  
      JOHN F. LOGAN  
      CHAPTER 13 TRUSTEE

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing Trustee'e Objection To Confirmation And Motion To Dismiss was served on the Debtor and the Attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  November 13, 2009

                                                                                              */s/Nancy Burton*
                                                                                               Case Adminstrator

**COPIES FURNISHED TO:**
DEBTOR
ATTORNEY FOR DEBTOR