**VAN–124** Order Continuing Hearing – Rev. 09/15/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Ann Marie McMaster
*( debtor has no known aliases )*
1210 Southerlund Road
Garner, NC 27529

CASE NO.: 09–05867–8–JRL

DATE FILED: July 15, 2009

CHAPTER: 13

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:   Thursday, February 25, 2010
TIME:   11:30 AM
PLACE:  300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

Objection To Claim – Courts Claim Register Number 2 of Internal Revenue Service Filed by John T. Orcutt on behalf of Ann Marie McMaster.

DATED: January 27, 2010

J. Rich Leonard
United States Bankruptcy Judge